UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:24-cr-00031-GFVT-EBA |
| v. | ) | |
| | ) | |
| SAM J. CONNOR, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins. [R. 25.] The recommendation instructed the parties to file any specific written objections within three business days after being served with the decision, or else waive the right to further review. *Id*. at 3. Neither party objected and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Sam J. Connor knowingly and competently pled guilty to the Counts 1, 2, and 3 and that an adequate factual basis supports the plea as to each of those counts. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkin's Recommendation to Accept Guilty Plea **[R. 25]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Sam J. Connor is **ADJUDGED** guilty of Counts 1, 2, and 3 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 12th day of September, 2024.

Gregory F. Van Tatenhove
United States District Judge